IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SOMERSETT OWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION,<br><br>Appellant,<br><br>vs.<br><br>SOMERSETT DEVELOPMENT COMPANY, LTD., A NEVADA LIMITED LIABILITY COMPANY; SOMERSETT, LLC, A DISSOLVED NEVADA LIMITED LIABILITY COMPANY; SOMERSETT DEVELOPMENT CORPORATION, A DISSOLVED NEVADA CORPORATION; Q & D CONSTRUCTION, INC., A NEVADA CORPORATION; PARSONS BROS ROCKERIES, INC., A WASHINGTON CORPORATION; AND STANTEC CONSULTING SERVICES, INC.,<br><br>Respondents. | No. 79920 |
| SOMERSETT OWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION,<br><br>Appellant,<br><br>vs.<br><br>SOMERSETT DEVELOPMENT COMPANY, LTD., A NEVADA LIMITED LIABILITY COMPANY; SOMERSETT, LLC, A DISSOLVED NEVADA LIMITED LIABILITY COMPANY; SOMERSETT DEVELOPMENT CORPORATION, A DISSOLVED NEVADA CORPORATION; Q & D CONSTRUCTION, INC., A NEVADA CORPORATION; PARSONS BROS ROCKERIES, INC., A WASHINGTON CORPORATION; AND STANTEC CONSULTING SERVICES, INC.,<br><br>Respondents. | No. 79921 |

FILED

JUN 05 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

20-21172

| | |
|---|---|
| STANTEC CONSULTING SERVICES, INC., AN ARIZONA CORPORATION, <br>                 Appellant, <br>          vs. <br> SOMERSETT OWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION, <br>                 Respondent. | No. 80843 |
| Q & D CONSTRUCTION, INC., A NEVADA CORPORATION, <br>                 Appellant, <br>          vs. <br> SOMERSETT OWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION, <br>                 Respondent. | No. 80880 |
| SOMERSETT DEVELOPMENT COMPANY, LTD., A NEVADA LIMITED LIABILITY COMPANY; SOMERSETT, LLC, A DISSOLVED NEVADA LIMITED LIABILITY COMPANY; AND SOMERSETT DEVELOPMENT CORPORATION, A DISSOLVED NEVADA CORPORATION, <br>                 Appellants, <br>          vs. <br> SOMERSETT OWNERS ASSOCIATION, A DOMESTIC NON-PROFIT CORPORATION, <br>                 Respondent. | No. 80881 |

### *ORDER DISMISSING APPEAL, REINSTATING BRIEFING, AND GRANTING MOTION TO CONSOLIDATE*

The appeals in Docket Nos. 79920 and 79921 were consolidated on March 30, 2020. On May 1, 2020, this court entered an order in Docket No. 79920, directing appellant Somersett Owners Association to show cause why the appeal should not be dismissed for lack of jurisdiction because it appeared that no statute or court rule allowed for an appeal from an order

SUPREME COURT <br> OF <br> NEVADA <br><br> (O) 1947A

denying a motion to strike as moot. *See Brown v. MHC Stagecoach*, LLC, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Somersett Owners Association filed a response to the order to show cause and agrees that the court lacks jurisdiction over the appeal. The appeal in Docket No. 79920 is hereby dismissed, and briefing is reinstated in Docket No. 79921.

Somersett Owners Association filed a motion in Docket Nos. 80843, 80880, and 80881 to consolidate those appeals with Docket No. 79921. These appeals arise from the same district court case and involve the same parties. This court concludes that in the interest of judicial economy, these appeals should be consolidated. Accordingly, Docket Nos. 79221, 80843, 80880, and 80881 shall be consolidated for all appellate purposes. *See* NRAP 3(b).

Appellants in all appeals shall have until July 30, 2020, to file and serve the opening briefs and appendices. Thereafter, briefing shall proceed in accordance with NRAP 31(a)(1).

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Elliott A. Sattler, District Judge
Paul F. Hamilton, Settlement Judge
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP /Reno
Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
Lee, Landrum & Carlson, APC
Hoy Chrissinger Kimmel Vallas, P.C.
Castronova Law Offices, P.C.
Washoe District Court Clerk